# IN THE SUPREME COURT OF THE STATE OF NEVADA

SEID; AND ACE CAB, LLC,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE KERRY
LOUISE EARLEY, DISTRICT JUDGE,
Respondents,
and
ANNA VASILYEVA,
Real Party in Interest.

No. 69554

**FILED**

FEB 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying summary judgment in a tort action.

Having considered the petition and supporting documents, we conclude that our extraordinary intervention is not warranted. NRS 34.170; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 558 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 88 P.3d 840, 841 (2004) (holding that an appeal is generally an adequate legal remedy precluding writ relief); *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997) (noting that this court will generally not consider writ petitions challenging orders denying motions to dismiss or for summary judgment). Accordingly, we ORDER the petition DENIED.

_____, C.J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

16-04667

cc:    Hon. Kerry Louise Earley, District Judge
Frias Transportation Management
Chad A. Bowers, Ltd.
Eighth District Court Clerk